IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

DARNELL LANGSTON

Civil Case # 1:19-cv-3778

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court, having received and considered plaintiff's counsel's Motion to

Substitute Party, and finding good cause exists, hereby grants the motion. [Filing No.

26277.]

IT IS THEREFORE ORDERED that Sandra Langston, on behalf of Decedent

Darnell Langston, is substituted as Plaintiff in the above referenced action.

Date: 12/2/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system